IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. SAG-15-0372 |
| | * | |
| RODRIGO SOMARRIBA. | * | |
| | * | |

* * * * *

## MEMORANDUM AND ORDER

Now pending is Rodrigo Somarriba's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  ECF 43.  Somarriba argues he is eligible for compassionate release because, due to his incarceration, he is at an increased risk of potentially being exposed, or possibly contracting COVID-19, which he asserts would place him at a high risk for death. But Somarriba does not provide medical records or other documentation of an underlying health condition that would support his claim. The court is thus without sufficient evidence to consider Somarriba's motion.  Accordingly, Somarriba's request for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED WITHOUT PREJUDICE.

So Ordered this 8th day of July, 2020.

/s/
Stephanie A. Gallagher
United States District Judge